```
------------------------------------------X
                                           :
MERCH TRAFFIC, LLC,                        :    23cv3947 (DLC)
                                           :
                         Plaintiff,        :    ORDER
                                           :
            -v-                            :
                                           :
DOES 1-100 et al.,                         :
                                           :
                         Defendants.       :
                                           :
------------------------------------------X
```

DENISE COTE, District Judge:

Having received, on May 11, 2023, the plaintiff's ex-parte application for a temporary restraining order, it is hereby

ORDERED that a conference is scheduled for **May 12, 2023**, at **3:30 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
         May 11, 2023

                              _____
                                       DENISE COTE
                              United States District Judge