```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
MERCH TRAFFIC, LLC,                        :     23cv3947 (DLC)
                                           :
                         Plaintiff,        :     ORDER
                                           :
            -v-                            :
                                           :
DOES 1-100 et al.,                         :
                                           :
                         Defendants.       :
                                           :
------------------------------------------X
```

DENISE COTE, District Judge:

    Having granted, on June 2, 2023, the plaintiff's application for a preliminary injunction and seizure order, it is hereby

    ORDERED that by August 18, 2023, the plaintiff shall file a status report.

Dated:    New York, New York
           August 1, 2023

                                        _____
                                             DENISE COTE
                                  United States District Judge