Mark Bradford (MB 6002)
MARK BRADFORD, PC
299 12th Street
Brooklyn, New York 11215-4903
Tel: (347) 413-3287
mb@markbradfordpc.com

Cara R. Burns (CB 1071)
MIMS, KAPLAN, BURNS & GARRETSON
28202 Cabot Road, Ste 300
Laguna Niguel, California 9267705
Tel: (310) 314-1721; Fax: (310) 314-1725
cburns@hmkblawyers.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────── x

| | |
|---|---|
| MERCH TRAFFIC, LLC, | ACTION NO. 1:23-cv-3947 DLC |
| Plaintiff, | [PROPOSED] ORDER |
| v. | FOR RELEASE OF CASH BOND AND DISPOSITION OF |
| JOHN DOES 1-100, JANE DOES 1-100, AND XYZ COMPANY, | SEIZED GOODS |
| Defendants. | |

────────────────────────────────── x

Plaintiff having dismissed the above entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a), and no defendants having appeared by answer or otherwise, and good cause appearing,

**IT IS HEREBY**

**ORDERED**, that the Cash Bond posted by Plaintiff's counsel in the amount of One Thousand Dollars ($1,000) along with any accrued interest, less any fees, shall be and hereby is released, and shall be returned to counsel for the Plaintiff as set forth below, and it is further

1

**ORDERED**, that the Clerk of the Court shall send the released Cash Bond to Plaintiff's counsel in the form of a check made payable as follows: Mims, Kaplan, Burns & Garretson, 28202 Cabot Road, Ste 300, Laguna Niguel, California 92677: and it is further

**ORDERED,** that Plaintiff is authorized to destroy or otherwise dispose of all previously seized infringing merchandise.

**IT IS SO ORDERED.**

Dated: August 9, 2023

At: _____ __. m.

_____
THE HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

Respectfully submitted,
By: /s/ Mark Bradford
Mark Bradford (MB 6002)
MARK BRADFORD, PC
299 12th Street
Brooklyn, NY 11215-4903
Tel: (347) 413-3287
mb@markbradfordpc.com

Cara R. Burns (CB 1071)
MIMS, KAPLAN, BURNS & GARRETSON
28202 Cabot Road, Ste 300
Laguna Niguel, CA 92677
Tel: (310) 314-1721/ Fax: (310) 314-1725
cburns@hmkblawyers.com

Attorneys for Plaintiff

2